BAILEY-MORA CO., INC. *v.* UNITED STATES

No. 7324.—Pro forma invoices dated Toluca, Mexico, August 24, 1943, etc.
Entered at El Paso, Tex., September 23, 1943, etc.
Entry Nos. 901; 980.

(Decided June 30, 1947)

*Philip Stein* for the plaintiff.

*Paul P. Rao,* Assistant Attorney General (*Richard H. Welsh,* special attorney), for the defendant.

CLINE, Judge: These are appeals for reappraisement of chairs imported from Mexico.

At the trial, counsel for the plaintiff stated:

* * * The advance in value is so insignificant that to try to establish any of the facts would in any event refute it, because we have to go to Mexico to establish the fluctuating market.

Consequently, since there was a fluctuating market and there could have been an honest difference of opinion, we are willing to abandon, because we feel that we will get our best relief from the petition for remission of additional duties, which is a greater sum.

Judge CLINE: Then this case is abandoned without prejudice as to the good faith in the remission case; is that what you want?

Mr. STEIN: That is right.

Mr. WELSH: You can say Mr. Welsh makes that concession upon the advice of the Appraiser, Mr. Kleinman.

The appeals for reappraisement are therefore dismissed without prejudice as to the good faith in the remission case. Judgment will be rendered accordingly.

ERWIN WELLER CO. *v.* UNITED STATES

No. 7325.—Invoice dated Redditch, England, December 10, 1940.
Certified December 18, 1940.
Entered at Omaha, Nebr., February 3, 1941.
Entry No. 74.

(Decided July 9, 1947)

Plaintiff not represented by counsel.

*Paul P. Rao,* Assistant Attorney General, for the defendant.

EKWALL, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation:

(Stipulation omitted.)

On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930 as amended by the Administrative Act of 1938, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was the entered value.

Judgment will be rendered accordingly.